IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARLENE BARTON**                                                                 **PLAINTIFF**

v.                       Case No. 4:18-cv-00077-KGB-BD

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed with prejudice.

So adjudged this the 31st day of March, 2019.

_____
Kristine G. Baker
United States District Judge